UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00124-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ERICKA L. FLOOD,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for an Order that Funds Held by the FBI Be Applied to Restitution. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for an Order that Funds Held by the FBI Be Applied to Restitution (#373) is **GRANTED**, and the FBI is directed to convey and remit said funds to the Clerk of this Court in partial satisfaction of the Order of Criminal Restitution entered in this matter.

Signed: July 7, 2014

Max O. Cogburn Jr.
United States District Judge